PER CURIAM.
Affirmed. See Ginsberg v. Lennar Fla. Holdings, Inc., 645 So.2d 490 (Fla. 3d DCA 1994), review denied, 659 So.2d 272 (Fla. 1995); Harllee v. Professional Serv. Indus., Inc., 619 So.2d 298 (Fla. 3d DCA 1992), review denied, 629 So.2d 134 (Fla.1993); Perez v. Rivero, 534 So.2d 914 (Fla. 3d DCA 1988); Harry Pepper & Assocs., Inc. v. Lasseter, 247 So.2d 736 (Fla. 3d DCA), cert. denied, 252 So.2d 797 (Fla.1971).